UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re                                                                  No. C-12-2607 EMC (pr)

D. DUSTIN,

        Plaintiff.                                          **ORDER OF DISMISSAL**

_____/

        This action was opened on May 21, 2012, when the Court received from D. Dustin a letter to Judge Henderson that concerned medical care in prison. On that date, the Court notified Mr. Dustin in writing that his action was deficient in that he had not attached a complaint and had not filed an *in forma pauperis* application. The Court further notified him that this action would be dismissed if he did not submit a complaint within thirty days. Mr. Dustin did not file a complaint or otherwise respond to the notices sent to him. Accordingly, this action is **DISMISSED** without prejudice for failure to submit a pleading showing the Court has subject matter jurisdiction. The Clerk shall close the file. No filing fee is due.

        The Clerk will send an electronic copy of this order and Docket No. 1 to Judge Henderson's courtroom deputy.

        IT IS SO ORDERED.

Dated: July 18, 2012

                                                              EDWARD M. CHEN
                                                               United States District Judge